IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00787-LTB

JERRY MASKE,

        Plaintiff,

v.

DENVER COUNTY COURT,

        Defendant.

_____

ORDER TO CURE DEFICIENCY

_____

Babcock, Senior Judge

      Plaintiff submitted a Notice of Appeal on April 21, 2011.  The court has determined that the

document is deficient as described in this order.  Plaintiff will be directed to cure the following if

he wishes to pursue this appeal.

**(A)**    **Filing Fee**
       X     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915**
        **and Fed. R. App. P. 24**:
     X     is not submitted
     __     is not on proper form (must use the court's current form)
     __     is missing original signature by plaintiff/petitioner on motion
     __     is missing affidavit
     __     affidavit is incomplete
     __     is missing original signature by plaintiff/petitioner on affidavit
     __     affidavit is not notarized or is not properly notarized
     __     other_____

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the

1

date of this order.  Any papers that Plaintiff filed in response to this order must include the civil

action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy

of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave

to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within

thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __25th__ day of April, 2011.

BY THE COURT:


___s/Lewis T. Babcock_____
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO